

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

| | |
|---|---|
| Defendant: | **ABRIM Enterprises, Inc. aka AEI** |
| Bankruptcy Case: | **Draw Another Circle, LLC dba Hastings Entertainment** |
| Preference Period: | **Mar 15, 2016 - Jun 13, 2016** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Hastings Entertainment, Inc. | Hastings Entertainment, Inc. | 1010048 | $38,325.00 | 5/13/2016 | 050416-59750 | 5/4/2016 | $38,325.00 |
| Hastings Entertainment, Inc. | Hastings Entertainment, Inc. | 1008673 | $36,154.00 | 4/19/2016 | 34935 7100 | 2/9/2016 | $36,154.00 |
| **Totals:** | **2 transfer(s),** | **$74,479.00** | | | | | |