# Exhibit 1

**(Avoidance Action Defendants – Handled by ASK LLP)**

| Defendant Name | Adversary Number |
|---|---|
| 66 Books Ltd. | 17-50559 |
| A Mediocre Corporation | 17-50592 |
| ABRIM Enterprises, Inc. aka AEI | 17-50560 |
| ACI Worldwide Corp. | 17-50562 |
| Adobe Systems Incorporated | 17-50563 |
| Amarillo Custom Box Co. | 17-50564 |
| American Book Company | 17-50566 |
| Black Realty Management, Inc. | 17-50568 |
| Boardman Westpark, LLC | 17-50569 |
| Boelter Brands, LLC | 17-50618 |
| Book Enterprises, LLC | 17-50570 |
| Browntrout Publishers Inc. | 17-50571 |
| Causeway Shoppes, LLC | 17-50612 |
| CenturyLink, Inc. | 17-50573 |
| Choice Land Corp. | 17-50574 |
| Columbus Industrial Owner I, LLC | 17-50619 |
| Command Center, Inc. | 17-50575 |
| Creisa-Retail 1, LP | 17-50897 |
| Eisenberg Company dba Eisenberg Manzano Group LLC | 17-50577 |
| Empire Paper Company | 17-50578 |
| ExportTek Inc. | 17-50579 |
| Fifth Sun, LLC | 17-50581 |
| FMK Management LLC | 17-50613 |
| Fury Lane, LLC | 17-50583 |
| Greater Missouri Builders, Inc. | 17-50584 |
| Hunter Mfg., LLP | 17-50622 |
| Hyde Park Editions Ltd.; and Bibby Factors Northwest Limited | 17-50585 |
| Isaac Morris Ltd. | 17-50586 |
| J. W. Franklin Co. | 17-50587 |
| Kelly Services, Inc. dba Kelly Temporary Services Company | 17-50588 |
| Kidrobot, Inc. dba Beautiful Plastic LLC | 17-50647 |
| M.T. Packaging, Inc. | 17-50593 |
| Nicholas Investment Company | 17-50594 |
| OYO Sportstoys, Inc. | 17-50623 |
| Panini America, Inc. | 17-50561 |
| Peterson Inv-Alamogordo, LLC fdba Cap II - 10th/White Sands, LLC; and Peterson Properties, LLC | 17-50572 |
| Peterson Properties, LLC | 17-50595 |
| Phidal Inc. | 17-50596 |

| | |
|---|---|
| Powder Basin Shopping Center, LLC | 17-50597 |
| PR Books Ltd. | 17-50598 |
| Precision Cartridge, L.C. dba Precision Cartridge Inc. | 17-50599 |
| ProQuest LLC | 17-50600 |
| Rock Springs Plaza, LLC; and Bonneville Realty Management, L.C. | 17-50601 |
| Sealed Air Corporation (US) | 17-50604 |
| SHI International Corp. dba SHI Corp. | 17-50605 |
| Sigmon Commons III, LLC | 17-50616 |
| Siskiyou Buckle Co., Inc. | 17-50624 |
| Southeastern Freight Lines, Inc. dba SEFL | 17-50606 |
| The Lang Companies, Inc. | 17-50589 |
| The Topps Company, Inc. | 17-50627 |
| TiVo Corporation fdba Rivo / Macrovision | 17-50602 |
| TMP International, Inc. | 17-50625 |
| Top Dog Collectibles | 17-50626 |
| Vcare Technology Inc. | 17-50609 |
| WHLR-Forrest Gallery, LLC | 17-50582 |
| YRC Inc. | 17-50610 |

*55 Adversary Proceedings

# Exhibit 2

**(Avoidance Action Defendants – Handled by Kelley Drye & Warren LLP)**

| Defendant Name | Adversary Number |
| --- | --- |
| Accruent LLC | 17-50628 |
| Book Country Clearing House, LLC | 17-50630 |
| Books For Less, LLC | 17-50631 |
| Dillanos Coffee Roasters, Inc. | 17-50632 |
| Eastern Skateboard Supply, Inc. | 17-50633 |
| McGriff, Seibels & Williams, Inc. | 17-50636 |
| Mighty Fine, Inc. | 17-50637 |
| Multimedia Sales Inc., and Haip Inc. | 17-50635 |
| Nippon Imports LLC d/b/a BlueFin Distribution | 17-50629 |
| Rimini Street Inc. | 17-50638 |
| SAIA Motor Freight Line, LLC | 17-50639 |
| Solutions 2 Go, LLC | 17-50640 |
| Trends International, LLC | 17-50641 |
| United Parcel Service, Inc. | 17-50643 |
| UPS Supply Chain Solutions, Inc. | 17-50645 |

* 15 Adversary Proceedings