# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Draw Another Circle, LLC, et al.[1] | Case No. 16-11452 (KJC) |
| Post-Confirmation Debtors. | (Substantively Consolidated) |
| Curtis R. Smith, as Liquidation Trustee of the Hastings Creditors' Liquidating Trust, | |
| Plaintiff, | |
| vs. | |
| Defendants Listed on Exhibits "A", | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Kara E. Casteel, hereby certify that on August 29, 2017 a copy of the *Notice of Amended Agenda of Hearing Scheduled for August 30, 2017 at 10:00 a.,. (ET)* and *Certification of Counsel Regarding Motion of Curtis R. Smith as Liquidation Trustee of the Hastings Creditors' Liquidation Trust for Order Establishing Procedures Governing Associated Adversary Proceedings Brought Pursuant to 11 U.S.C. 547, 548 and 550* were caused to be served via first class mail to those parties listed on the attached service list.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Draw Another Circle, LLC (2102); Hastings Entertainment, Inc. (6375); MovieStop, LLC (9645); SP Images, Inc. (7773); and Hastings Internet, Inc. (0809). Under the confirmed *First Amended Joint Combined Disclosure Statement and Plan of Liquidation* (the "Plan"), all of the Debtors' bankruptcy cases aside from that of Draw Another Circle, LLC have been closed.

Dated: August 30, 2017

ASK LLP

*/s/ Kara E. Casteel*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
(*Admitted Pro Hac Vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665 ext. 846
Fax: (651) 406-9676
Email: kcasteel@askllp.com

-and-

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

-and-

GOLDSTEIN & MCCLINTOCK LLLP
Maria Aprile Sawczuk (No. 3320)
1201 North Orange Street, Suite 7380
Wilmington, Delaware 19801
Telephone: 302.444.6710
Facsimile: 302.444.6709
e-mail: marias@restructuringshop.com

*Special Counsel to the Trustee of the
Hastings Creditors' Liquidating Trust*

# Exhibit A

| Defendant Name | Adversary Number |
|---|---|
| 66 Books Ltd. | 17-50559 |
| A Mediocre Corporation | 17-50592 |
| ABRIM Enterprises, Inc. aka AEI | 17-50560 |
| ACI Worldwide Corp. | 17-50562 |
| Adobe Systems Incorporated | 17-50563 |
| Amarillo Custom Box Co. | 17-50564 |
| American Book Company | 17-50566 |
| Black Realty Management, Inc. | 17-50568 |
| Boardman Westpark, LLC | 17-50569 |
| Boelter Brands, LLC | 17-50618 |
| Book Enterprises, LLC | 17-50570 |
| Browntrout Publishers Inc. | 17-50571 |
| Causeway Shoppes, LLC | 17-50612 |
| CenturyLink, Inc. | 17-50573 |
| Choice Land Corp. | 17-50574 |
| Columbus Industrial Owner I, LLC | 17-50619 |
| Command Center, Inc. | 17-50575 |
| Creisa-Retail 1, LP | 17-50897 |
| Eisenberg Company dba Eisenberg Manzano Group LLC | 17-50577 |
| Empire Paper Company | 17-50578 |
| ExportTek Inc. | 17-50579 |
| Fifth Sun, LLC | 17-50581 |
| FMK Management LLC | 17-50613 |
| Fury Lane, LLC | 17-50583 |
| Greater Missouri Builders, Inc. | 17-50584 |
| Hunter Mfg., LLP | 17-50622 |
| Hyde Park Editions Ltd.; and Bibby Factors Northwest Limited | 17-50585 |
| Isaac Morris Ltd. | 17-50586 |
| J. W. Franklin Co. | 17-50587 |
| Kelly Services, Inc. dba Kelly Temporary Services Company | 17-50588 |
| Kidrobot, Inc. dba Beautiful Plastic LLC | 17-50647 |
| M.T. Packaging, Inc. | 17-50593 |
| Nicholas Investment Company | 17-50594 |
| OYO Sportstoys, Inc. | 17-50623 |
| Panini America, Inc. | 17-50561 |
| Peterson Inv-Alamogordo, LLC fdba Cap II - 10th/White Sands, LLC; and Peterson Properties, LLC | 17-50572 |
| Peterson Properties, LLC | 17-50595 |
| Phidal Inc. | 17-50596 |

| | |
|---|---|
| Powder Basin Shopping Center, LLC | 17-50597 |
| PR Books Ltd. | 17-50598 |
| Precision Cartridge, L.C. dba Precision Cartridge Inc. | 17-50599 |
| ProQuest LLC | 17-50600 |
| Rock Springs Plaza, LLC; and Bonneville Realty Management, L.C. | 17-50601 |
| Sealed Air Corporation (US) | 17-50604 |
| SHI International Corp. dba SHI Corp. | 17-50605 |
| Sigmon Commons III, LLC | 17-50616 |
| Siskiyou Buckle Co., Inc. | 17-50624 |
| Southeastern Freight Lines, Inc. dba SEFL | 17-50606 |
| The Lang Companies, Inc. | 17-50589 |
| The Topps Company, Inc. | 17-50627 |
| TiVo Corporation fdba Rivo / Macrovision | 17-50602 |
| TMP International, Inc. | 17-50625 |
| Top Dog Collectibles | 17-50626 |
| Vcare Technology Inc. | 17-50609 |
| WHLR-Forrest Gallery, LLC | 17-50582 |
| YRC Inc. | 17-50610 |

*55 Adversary Proceedings

Alison Bauer, Esq.
Torys LLP
1114 Avenue of the Americas, 23rd Floor
New York, New York 10036

Robert Ezra, Esq.
Perkins Cole LLP
1888 Century Park East
Suite 1700
Los Angeles, California 90067-1721

J. Robert Forshey, Esq.
ForsheyProstok, LLP
777 Main Street, Suite 1290
Fort Worth, Texas 76102

Curtis Hehn, Esq.
Law Office of Curtis A. Hehn
1007 N. Orange Street, 4th Floor
Wilmington, Delaware 19801

David Blau, Esq.
Clark Hill PLC
151 S. Old Woodward, Suite 200
Birmingham, Michigan 48009

David Conaway, Esq.
Shumaker, Loop & Kendrick, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280

J. David Ezzell, Esq.
Ezzell & Shepherd, P.L.L.C.
1010 W. Maple
P.O. Box 5189
Enid, Oklahoma 73702

Kurt Gwynne, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, Delaware 19801

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1007 N. Orange Street, 4th Floor
Wilmington, Delaware 19801

Garvan McDaniel, Esq.
Hogan McDaniel
1311 Delaware Avenue
Wilmington, Delaware 19806

Mike Pipkin, Esq.
Weinstein Radcliff Pipkin, Attorneys at Law LLP
8350 N. Central Expressway, Suite 1550
Dallas, Texas 75206

Christopher Hawkins, Esq.
Sullivan, Hill, Lewin, Rez & Engel, APLC
550 West "C" Street
Suite 1500
San Diego, California 92101

Leslie Heilman, Esq.
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, Delaware 19801

Jason Blakley, Esq.
Givens Pursley LLP
601 West Bannock Street
Boise, Idaho 83701

John Massouh, Esq.
Sprouse Shrader Smith PLLC
701 S. Taylor, Suite 500
Amarillo, Texas 79101

Jarret Hitchings, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801

James Tobia, Esq.
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, Delaware 19806

Kenneth J. Buechler, Esq.
Buechler & Garber, LLC
999 18th Street, Suite 1230 S
Denver, Colorado 80202

Kenneth J. Buechler, Esq.
Law Offices of Kevin S. Neiman, PC
999 18th Street, Suite 1230 S
Denver, Colorado 80202

Kenneth J. Buechler, Esq.
Law Offices of Kevin S. Neiman, PC
999 18th Street, Suite 1230 S
Denver, Colorado 80202

Karen Grivner, Esq.
Clark Hill PLC
824 N. Market Street, Suite 710
Wilmington, Delaware 19801

Kevin Mann, Esq.
Cross & Simon, LLC
1105 North Market Street, Suite 901
P.O. Box 1380
Wilmington, Delaware 19801

L. Katie Mason, Esq.
Reinhart Boerner Van Deuren SC
1000 North Water Street, Suite 1700
Milwaukee, Wisconsin 53202

Christopher Loizides, Esq.
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, Delaware 19801

Matthew Austria, Esq.
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, Delaware 19899

Matthew Austria, Esq.
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19801

Matthew Bondy, Esq.
Montgomery McCracken Walker & Rhoads LLP
437 Madison Avenue, 29th Floor
New York, New York 10022

Mark Frankel, Esq.
Backenroth Frankel & Krinsky, LLP
800 Third Avenue, 11th Floor
New York, New York 10022

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1007 N. Orange Street, 4th Floor
Wilmington, Delaware 19801

Robert Breidenbach, Esq.
Goldstein & Pressman, P.C.
10326 Old Olive Street Road
Saint Louis, Missouri 63141

Roland Gary Jones, Esq.
Jones & Associates
1745 Broadway, 17th Floor
New York, New York 10019

Roger Cox, Esq.
Underwood Law Firm
500 S Taylor, Suite 1200
Amarillo, Texas 79101

Sue Chin, Esq.
Borges & Associates, LLC
575 Underhill Blvd., Suite 118
Syosset, New York 11791

Shanti Katona, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

Steven Kortanek, Esq.
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801

Steven Whitehead, Esq.
Kirton McConkie
50 East South Temple, Suite 400
Salt Lake City, Utah 84111

Officer Managing Agent
66 Books Ltd.
66 Wood Lane End, Hemel Hempstead
Hertfordshire HP2 4RF UK

Craig Saks, Officer
ACI Worldwide Corp.
6060 Coventry Drive
Elkhorn, Nebraska 68022

Colleen Pintozzi, RegAgt/Officer
American Book Company
103 Executive Drive
Woodstock, Georgia 30188

David Black, RegAgt/Officer
Black Realty Management, Inc.
107 S. Howard, Suite 600
Spokane, Washington 99201

Jason Zutaut, RegAgt/Officer
Book Enterprises, LLC
847 Pleasant Street
Fall River, Massachusetts 2723

William Brown, RegAgt/Officer
Browntrout Publishers Inc.
201 Continental Boulevard, Suite 200
El Segundo, California 90245

Officer Managing Agent
Columbus Industrial Owner I, LLC
11111 Santa Monica Boulevard, Suite 750
Los Angeles, California 90025

Mariam Abdo, Officer
ExportTek Inc.
1420 Valwood Parkway, Suite 204
Carrollton, Texas 75006

Daniel Gonzales, Officer
Fifth Sun, LLC
495 Ryan Avenue
Chico, California 95973

Officer Managing Agent
FMK Management LLC
14039 Sherman Way, Suite 2016
Los Angeles, California 91405

Jack Smith, Officer
Hunter Mfg., LLP
201 W. Loudon Avenue
Lexington, Kentucky 40508

Officer Managing Agent
Hyde Park Editions Ltd.
12, Turnham Green Terrace, Chiswick, UK
London, W4 1QP

Steven Wallerstein, Chief Executive Officer
M.T. Packaging, Inc
872 E. 23rd Street
Brooklyn, New York 11210

Thomas K. Skipps, President
OYO Sportstoys, Inc.
111 Locke Drive
Marlsborough, Massachusetts 1752

Michael Anderson, Officer
Panini America, Inc.
5325 FAA Boulevard, Suite 100
Irving, Texas 75061

Officer Managing Agent
Powder Basin Shopping Center, LLC
5670 Wilshire Boulevard, Suite 1250
Los Angeles, California 90036

Officer Managing Agent
PR Books Ltd.
Mealbank Industrial Estate, Kendal, LA8 9DL

Kurt Sanford, Officer
ProQuest LLC
789 East Eisenhower Parkway
Ann Arbor, Michigan 48108

Thomas Carson, President
Rovi Corporation
2 Circle Star Way
San Carlos, California 94070

Rick Park, RegAgt/Officer
Sigmon Commons III, LLC
2505 S. 320th Street, Suite 100
Federal Way, Washington 98003

David Yeates, Officer
Top Dog Collectibles
4 Lowry Drive  CANADA
Brampton,  L7A 1C4

Darren D. Hawkins, President
YRC Inc.
10990 Roe Avenue
Overland Park, Kansas 66211